UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Thomas Schouenborg,  Civil No. 05-539 (PAM/RLE)

          Petitioner,

v.  **MEMORANDUM AND ORDER**

State of Minnesota,

          Respondent.

This matter is before the Court on Petitioner's objections to United States Magistrate Judge Raymond L. Erickson's Report and Recommendation ("R&R") dated March 17, 2005. In the R&R, Magistrate Judge Erickson recommends dismissal of Petitioner's request for habeas corpus relief under 28 U.S.C. § 2254. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review and Petitioner's submissions, the Court concludes that the R&R is correct, and the Petition must be dismissed.

Petitioner pled guilty to murder and is serving a 420-month sentence at the Minnesota Correctional Facility at Rush City, Minnesota. Petitioner previously challenged his conviction and sentence is an earlier habeas corpus petition. See Schouenborg v. State of Minnesota, File No. 00-2800 (PAM/RLE). The Court reviewed the petition and dismissed it on the merits. (See id. Aug. 21, 2002, Order.)

Petitioner again seeks habeas corpus review of this conviction and sentence under 28 U.S.C. § 2254. Magistrate Judge Erickson recommends that the instant Petition be summarily dismissed for lack of jurisdiction. Under the Anti-terrorism and Effective Death Penalty Act

("AEDPA"), the Court is prohibited from entertaining second or successive petitions for habeas corpus relief by a state prisoner, unless the prisoner has previously obtained authorization from the appropriate court of appeals. 28 U.S.C. § 2244(b)(3)(A); see also Cox v. Norris, 167 F.3d 1211, 1212 (8th Cir. 1999). Because Petitioner previously filed a habeas corpus petition attacking his conviction and sentence, and this petition was considered and adjudicated on the merits, Magistrate Judge Erickson concluded that the instant petition was "successive" under the AEDPA, depriving this Court of jurisdiction.

Petitioner disagrees, and contends that he is not attacking the conviction and sentence, but rather that he was denied "his Constitutional Right to having a jury to determine the aggravating factors in his case in order to enhance the presumptive term called for by the Minnesota Sentencing Guidelines." (Pet. Obj. at 4.) He also contends that he was denied effective assistance of counsel, because neither his trial counsel nor the State Public Defender's Office filed direct appeals to the United States Supreme Court.

Petitioner's claims are wholly without merit, and as Magistrate Judge Erickson correctly concluded, Petitioner's claims attack his sentence and conviction. Accordingly, the Court finds that the instant Petition is Petitioner's second application for federal habeas relief, and therefore a successive petition under § 2244(b).

The Court thus dismisses the instant Petition. However, the Petition is dismissed without prejudice to permit Petitioner to resubmit his petition in a new action, so long as he is able to secure a pre-authorization order from the Eighth Circuit Court of Appeals as required by § 2244(b)(3)(a). The Court iterates that it will not entertain any future habeas petitions

2

relating to this criminal conviction and sentence unless such petition is accompanied by the appropriate pre-authorization order from the Eighth Circuit.

Magistrate Judge Erickson's R&R is thorough and detailed. As the statute requires, the Court has conducted a de novo review of the record regarding the R&R. See 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review, the Court concludes that Magistrate Judge Erickson correctly determined that Petitioner's petition be summarily dismissed. Therefore, the Court **ADOPTS** the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for Writ of Habeas Corpus (Clerk Doc. No. 1) is **DENIED**; and

2. This action is **summarily DISMISSED without prejudice** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 5, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge